

# IMPORTANT ACCOUNT INFORMATION FOR OUR MEMBERS

## TABLE OF CONTENTS

**TERMS AND CONDITIONS OF YOUR ACCOUNT** ............................................................................................................................ 2
Important Information About Procedures for Opening a New Account ............................................................................................... 2
Agreement .............................................................................................................................................................................................. 2
Bylaws .................................................................................................................................................................................................... 2
Liability .................................................................................................................................................................................................. 2
Deposits .................................................................................................................................................................................................. 2
Withdrawals ........................................................................................................................................................................................... 2
Understanding and Avoiding Overdraft and Nonsufficient Funds (NSF) Fees .................................................................................... 3
Ownership of Account and Beneficiary Designation ............................................................................................................................ 3
Business, Organization and Association Accounts ............................................................................................................................... 3
Stop Payments ........................................................................................................................................................................................ 3
Telephone Transfers .............................................................................................................................................................................. 4
Amendments and Termination ............................................................................................................................................................... 4
Notices .................................................................................................................................................................................................... 4
Statements .............................................................................................................................................................................................. 4
Account Transfer .................................................................................................................................................................................... 4
Direct Deposits ...................................................................................................................................................................................... 4
Temporary Account Agreement ............................................................................................................................................................ 4
Right to Repayment of Indebtedness ..................................................................................................................................................... 4
Authorized Signer .................................................................................................................................................................................. 4
Restrictive Legends or Indorsements .................................................................................................................................................... 4
Pledges .................................................................................................................................................................................................... 4
Check Processing ................................................................................................................................................................................... 4
Check Cashing ........................................................................................................................................................................................ 4
Indorsements .......................................................................................................................................................................................... 4
Death or Incompetence .......................................................................................................................................................................... 5
Fiduciary Accounts ................................................................................................................................................................................ 5
Credit Verification ................................................................................................................................................................................. 5
Legal Actions Affecting Your Account ................................................................................................................................................ 5
Account Security .................................................................................................................................................................................... 5
Telephonic Instructions .......................................................................................................................................................................... 5
Monitoring and Recording Telephone Calls and Consent to Receive Communications ..................................................................... 5
Claim of Loss ......................................................................................................................................................................................... 5
Early Withdrawal Penalties ................................................................................................................................................................... 6
Address or Name Changes .................................................................................................................................................................... 6
Resolving Account Disputes .................................................................................................................................................................. 6
Waiver of Notices .................................................................................................................................................................................. 6
ACH and Wire Transfers ....................................................................................................................................................................... 6
Facsimile Signatures .............................................................................................................................................................................. 6
Unlawful Internet Gambling Notice ...................................................................................................................................................... 6
**ELECTRONIC FUND TRANSFERS YOUR RIGHTS AND RESPONSIBILITIES** .................................................................... 6
**YOUR ABILITY TO WITHDRAW FUNDS** ................................................................................................................................... 8
**OVERDRAFT PRIVILEGE SERVICE** ............................................................................................................................................ 9
**SUBSTITUTE CHECKS AND YOUR RIGHTS** ............................................................................................................................. 9
**TRUTH-IN-SAVINGS DISCLOSURE** ........................................................................................................................................... 10
Share Savings Account ........................................................................................................................................................................ 10
MyHoliday Savings Club Account ...................................................................................................................................................... 10
MyVacation Savings Club Account .................................................................................................................................................... 10
SCU Direct Share Savings Account .................................................................................................................................................... 11
MyMoney Market Account ................................................................................................................................................................. 11
Mypremium Money Market Account ................................................................................................................................................. 11
MyFree Checking Account .................................................................................................................................................................. 11
MyGreen Checking Account ............................................................................................................................................................... 11
MyInterest Checking Account ............................................................................................................................................................. 11
MyRelationship Checking Account .................................................................................................................................................... 12
IRA Share Account .............................................................................................................................................................................. 12
Term Share Certificate ......................................................................................................................................................................... 12
Common Features ................................................................................................................................................................................ 13
**SCHEDULE OF FEES** ...................................................................................................................................................................... 13

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 8/1/2019  8d  Custom TCM-23CUx,2bn,3r,4t  202049996-010

# TERMS AND CONDITIONS
# OF YOUR ACCOUNT

**USA PATRIOT ACT**
**Important Information About Procedures for Opening a New Account:**
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. These procedures are mandated under Section 326 of the USA Patriot Act and pursuant to the provisions of the Bank Secrecy Act.
**What this means for you:**
When you open an account, we will ask for your name, address, telephone number, date of birth, Social Security number, employer, driver's license number or picture ID. We may also ask to see a copy of these identifying documents.

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

This agreement is subject to applicable federal laws, the laws of the state of Massachusetts and other applicable rules such as the operating letters of the Federal Reserve Banks and payment processing system rules (except to the extent that this agreement can and does vary such rules or laws). The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;
(2) establish rules to cover transactions or events which the law does not regulate;
(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and
(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

**BYLAWS -** Our bylaws, which we may amend from time to time, establish basic rules about our credit union policies and operations which affect your account and membership. You may obtain a copy of the bylaws on request. Our right to require you to give us notice of your intention to withdraw funds from your account is described in the bylaws. Unless we have agreed otherwise, you are not entitled to receive any original item after it is paid, although you may request that we send you an item(s) or a copy of an item(s). Dividends are based on current earnings and available earnings of the credit union, after providing for required reserves.

**LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and we can deduct any amounts deposited into the account and apply those amounts to the shortage. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error, counterfeit cashier's check or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check or draft for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in our presence.

**WITHDRAWALS -**

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted by our policy, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply any frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify your account as another type of account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

**Cash withdrawals -** We recommend you take care when making large cash withdrawals because carrying large amounts of cash may pose a danger to your personal safety. As an alternative to making a large cash withdrawal, you may want to consider a cashier's check or similar instrument. You assume full responsibility of any loss in the event the cash you withdraw is lost, stolen, or destroyed. You agree to hold us harmless from any loss you incur as a result of your decision to withdraw funds in the form of cash.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the signatures or otherwise examine the original check or item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**UNDERSTANDING AND AVOIDING OVERDRAFT AND NONSUFFICIENT FUNDS (NSF) FEES -**

**Generally -** The information in this section is being provided to help you understand what happens if your account is overdrawn. Understanding the concepts of overdrafts and nonsufficient funds (NSF) is important and can help you avoid being assessed fees or charges. This section also provides contractual terms relating to overdrafts and NSF transactions.

An overdrawn account will typically result in you being charged an overdraft fee or an NSF fee. Generally, an overdraft occurs when there is not enough money in your account to pay for a transaction, but we pay (or cover) the transaction anyway. An NSF transaction is slightly different. In an NSF transaction, we do not cover the transaction. Instead, the transaction is rejected and the item or requested payment is returned. In either situation, we can charge you a fee.

If you use our Overdraft Privilege Service and we cover a transaction for which there is not enough money in your account to pay, we will consider that an overdraft. We treat all other transactions for which there is not enough money in your account as an NSF transaction, regardless of whether we cover the transaction or the transaction is rejected.

**Determining your available balance -** We use the "available balance" method to determine whether your account is overdrawn, that is, whether there is enough money in your account to pay for a transaction. Importantly, your "available" balance may not be the same as your account's "actual" balance. This means an overdraft or an NSF transaction could occur regardless of your account's actual balance.

Your account's actual balance (sometimes called the ledger balance) only includes transactions that have settled up to that point in time, that is, transactions (deposits and payments) that have posted to your account. The actual balance does not include outstanding transactions (such as checks that have not yet cleared and electronic transactions that have been authorized but which are still pending). The balance on your periodic statement is the ledger balance for your account as of the statement date.

As the name implies, your available balance is calculated based on the money "available" in your account to make payments. In other words, the available balance takes transactions that have been authorized, but not yet settled, and subtracts them from the actual balance. In addition, when calculating your available balance, any "holds" placed on deposits that have not yet cleared are also subtracted from the actual balance. For more information on how holds placed on funds in your account can impact your available balance, read the subsection titled "A temporary debit authorization hold affects your account balance."

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying, or not paying, discretionary overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Nonsufficient funds (NSF) fees -** If an item drafted by you (such as a check) or a transaction you set up (such as a preauthorized transfer) is presented for payment in an amount that is more than the amount of money available in your account, and we decide not to pay the item or transaction, you agree that we can charge you an NSF fee for returning the payment. Be aware that such an item or payment may be presented multiple times and that we do not monitor or control the number of times a transaction is presented for payment. You agree that we may charge you an NSF fee each time a payment is presented if the amount of money available in your account is not sufficient to cover the payment, regardless of the number of times the payment is presented.

**Payment types -** Some, but not necessarily all, of the ways you can access the funds in your account include debit card transactions, automated clearing house (ACH) transactions, and check transactions. All these payment types can use different processing systems and some may take more or less time to post. This information is important for a number of reasons. For example, keeping track of the checks you write and the timing of the preauthorized payments you set up will help you to know what other transactions might still post against your account. For information about how and when we process these different payment types, see the "Payment order of items" subsection below.

**Balance information -** Keeping track of your balance is important. You can review your balance in a number of ways including reviewing your periodic statement, reviewing your balance online, accessing your account information by phone, or coming into one of our branches.

**Funds availability -** Knowing when funds you deposit will be made available for withdrawal is another important concept that can help you avoid being assessed fees or charges. Please see our funds availability disclosure for information on when different types of deposits will be made available for withdrawal. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the times we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money when the merchant does not know the exact amount of the purchase at the time the card is authorized. The amount of the temporary hold may be more than the actual amount of your purchase. Some common transactions where this occurs involve purchases of gasoline, hotel rooms, or meals at restaurants. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it could be three calendar days, or even longer in some cases, before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, you will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

**Payment order of items -** This describes the posting order for purposes of determining overdrafts. Our general policy is to post items throughout the day and to post credits before debits. Paper checks are posted in check number order, while ATM and debit card transactions are posted in the order in which the items are received. ACH items are posted in the following order when they are received: ACH credits, followed by ACH debits and if multiple ACH debits are received at the same time, from lowest to highest dollar amount. However, because of the many ways we allow you to access your account, the posting order of individual items may differ from these general policies. Holds on funds and the order in which transactions are received and processed may impact the total amount of fees assessed. Holds on funds and the order in which transactions are posted may impact the total amount of Overdraft Privilege Service or Non-Sufficient Funds fees assessed.

**OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We reserve the right to refuse some forms of ownership on any or all of our accounts. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Revocable Trust Account -** One or two of you (called trustees) may create such an account in trust for another. Payments may be made to the trustee, or if there are two trustees, to either or both of the trustees or the survivor. Upon the death of the trustee or the death of both trustees, payment may be made to the person for whom the trust was made, or that person's legal representative.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**STOP PAYMENTS -** The rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing.

**AMENDMENTS AND TERMINATION -** We may change our bylaws and any term of this agreement. Rules governing changes in rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes we will give you reasonable notice in writing or by any other method permitted by law. We may close this account if your membership in the credit union terminates, or by giving reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items and charges to be paid from the account. Only a joint tenant that is a member can close an account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. At our option, we may suspend your rights to member services if you violate the terms of this agreement. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors or problems -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error or problem - such as an encoding error or an unexpected deposit amount. Also, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks -** For information on errors relating to electronic fund transfers (e.g., on-line, mobile, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**Duty to notify if statement not received -** You agree to immediately notify us if you do not receive your statement by the date you normally expect to receive it. Not receiving your statement in a timely manner is a sign that there may be an issue with your account, such as possible fraud or identity theft.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**RIGHT TO REPAYMENT OF INDEBTEDNESS -** You each agree that we may (without prior notice and when permitted by law) charge against and deduct from this account any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

In addition to these contract rights, we may also have rights under a "statutory lien." A "lien" on property is a creditor's right to obtain ownership of the property in the event a debtor defaults on a debt. A "statutory lien" is one created by federal or state statute. If federal or state law provides us with a statutory lien, then we are authorized to apply, without prior notice, your shares and dividends to any debt you owe us, in accord with the statutory lien.

Neither our contract rights nor rights under a statutory lien apply to this account if prohibited by law. For example, neither our contract rights nor rights under a statutory lien apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal arises only in a representative capacity. We will not be liable for the dishonor of any check or draft when the dishonor occurs because we charge and deduct an amount you owe us from your account. You agree to hold us harmless from any claim arising as a result of our exercise of our right to repayment.

**AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. For this reason, we will not honor any restrictive legend or indorsement or other special instruction placed on checks you write. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement.

**PLEDGES -** Each owner of this account may pledge all or any part of the funds in it for any purpose to which we agree. Any pledge of this account must first be satisfied before the rights of any surviving account owner or account beneficiary become effective.

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within $1\frac{1}{2}$" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within $1\frac{1}{2}$" of that edge.



It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**ACCOUNT SECURITY -**

**Duty to protect account information and methods of access -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

**Positive pay and other fraud prevention services -** Except for consumer electronic fund transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered. You will not be responsible for such transactions if we acted in bad faith or to the extent our negligence contributed to the loss. Such services include positive pay or commercially reasonable security procedures. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected. The positive pay service can help detect and prevent check fraud and is appropriate for account holders that issue: a high volume of checks, a lot of checks to the general public, or checks for large dollar amounts.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** Subject to federal and state law, we may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording.

To provide you with the best possible service in our ongoing business relationship for your account we may need to contact you about your account from time to time by telephone, text messaging or email. However, we first obtain your consent to contact you about your account in compliance with applicable consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

- Your consent is limited to your account, and as authorized by applicable law and regulations.
- Your consent is voluntary and not conditioned on the purchase of any product or service from us.

With the above understandings, you authorize us to contact you regarding your account throughout its existence using any telephone numbers or email addresses that you have previously provided to us by virtue of an existing business relationship or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** The following rules do not apply to a transaction or claim related to a consumer electronic fund transfer governed by Regulation E (e.g., an everyday consumer debit card or ATM transaction). The error resolution procedures for consumer electronic fund transfers can be found in our initial Regulation E disclosure titled, "Electronic Fund Transfers." For other transactions or claims, if you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized

withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time or term share account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by the enforcement of our right to repayment of indebtedness against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES -** We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit an item and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

———————————————

# ELECTRONIC FUND TRANSFERS
# YOUR RIGHTS AND RESPONSIBILITIES

Indicated below are types of Electronic Fund Transfers we are capable of handling, some of which may not apply to your account. Please read this disclosure carefully because it tells you your rights and obligations for the transactions listed. You should keep this notice for future reference.

**Electronic Fund Transfers Initiated By Third Parties.** You may authorize a third party to initiate electronic fund transfers between your account and the third party's account. These transfers to make or receive payment may be one-time occurrences or may recur as directed by you. These transfers may use the Automated Clearing House (ACH) or other payments network. Your authorization to the third party to make these transfers can occur in a number of ways. For example, your authorization to convert a check or draft to an electronic fund transfer or to electronically pay a returned check or draft charge can occur when a merchant provides you with notice and you go forward with the transaction (typically, at the point of purchase, a merchant will post a sign and print the notice on a receipt). In all cases, these third party transfers will require you to provide the third party with your account number and credit union information. This information can be found on your check or draft as well as on a deposit or withdrawal slip. Thus, you should only provide your credit union and account information (whether over the phone, the Internet, or via some other method) to trusted third parties whom you have authorized to initiate these electronic fund transfers. Examples of these transfers include, but are not limited to:

- **Preauthorized credits.** You may make arrangements for certain direct deposits to be accepted into your share draft or share savings account(s).
- **Payment Originations.** You may direct us to originate a funds transfer from another financial institution to pay your loan with us.
- **Preauthorized payments.** You may make arrangements to pay certain recurring bills from your share draft account(s).
- **Electronic check or draft conversion.** You may authorize a merchant or other payee to make a one-time electronic payment from your checking or share draft account using information from your check or draft to pay for purchases or pay bills.
- **Electronic returned check or draft charge.** You may authorize a merchant or other payee to initiate an electronic funds transfer to collect a charge in the event a check or draft is returned for insufficient funds.

**Telephone Banking Telephone Transfers - types of transfers, -** You may access your account by telephone 24 hours a day at 1-508-559-5418 or 1-888-442-4944 using your personal identification number, a touch tone phone and your account numbers, to:

- transfer funds from share draft to share draft
- transfer funds from share draft to share statement savings
- transfer funds from share statement savings to share draft
- transfer funds from share statement savings to share statement savings
- transfer funds from line of credit to share draft
- transfer funds from line of credit to share statement savings
- make payments from share draft to loan accounts with us
- make payments from share statement savings to loan accounts with us

**ATM Transfers - types of transfers and dollar limitations -** You may access your account(s) by ATM using your ATM card and personal identification number or debit card and personal identification number, to:

- make deposits to share draft or share statement savings account(s)
- get cash withdrawals from share draft or share statement savings account(s)
  - you may withdraw no more than $500.00 per day using your ATM Card and $1,000.00 per day using your Debit Card
- transfer funds from share statement savings to share draft account(s)
- transfer funds from share draft to share statement savings account(s)
- get information about:
  - the account balance of your share draft or share savings accounts

Some of these services may not be available at all terminals.

**Types of Debit Card Point-of-Sale Transactions -** You may access your share draft account(s) to purchase goods (in person or by phone), pay for services (in person or by phone), get cash from a merchant, if the merchant permits, or from a participating financial institution, and do anything that a participating merchant will accept.

**Point-of-Sale Transactions - dollar limitations -** Using your debit card:
- you may not exceed $1,000.00 in transactions per day (if PIN required), $2,500.00 (if PIN not required)

**Currency Conversion and Cross-Border Transaction Fees.** If you initiate a transaction with your Debit Card in a currency other than US Dollars, Mastercard will convert the charge into a US Dollar amount. The Mastercard currency conversion procedure is based on rates observed in the wholesale market or, where applicable, on government-mandated rates. The currency conversion rate Mastercard generally uses is the rate for the applicable currency that is in effect on the day the transaction occurred. However, in limited situations, particularly where Mastercard transaction processing is being delayed, Mastercard may instead use the rate for the applicable currency in effect on the day the transaction is processed.

Mastercard charges us a Currency Conversion Assessment of 20 basis points (.2% of the transaction) for performing the currency conversion. In addition, Mastercard charges us an Issuer Cross-Border Assessment of 90 basis points (.9% of the transaction) on all cross-border transactions regardless of whether there is a currency conversion. As a result, we charge you a Currency Conversion fee of .2% and a Cross-Border Transaction fee of .9%. The Cross-Border Transaction fee is charged on all cross-border transactions regardless of whether there is a currency conversion. A cross-border transaction is a transaction that occurs at a card acceptance location in a different country from the country in which the card was issued. This means a cross-border transaction can occur even though the transaction is made when you are not in a foreign country. For example, a transaction made online with a foreign merchant is a cross-border transaction even though made while you are physically in the United States.

**Advisory Against Illegal Use.** You agree not to use your card(s) for illegal gambling or other illegal purpose. Display of a payment card logo by, for example, an online merchant does not necessarily mean that transactions are lawful in all jurisdictions in which the cardholder may be located.

**Online Banking Computer Transfers - types of transfers -** You may access your account(s) by computer through the internet by logging onto our website at www.scucu.com and using your personal identification number and your account numbers, to:
- transfer funds from share draft to share draft or share statement savings
- transfer funds from share statement savings to share draft or share statement savings
- make payments from share draft or share statement savings to loan accounts with us
- make payments from share draft to third parties with Bill Payment services
- get information about:
  - the account balance of share draft or share savings accounts
  - deposits to share draft or share savings accounts
  - withdrawals from share draft or share savings accounts

**Mobile Banking Transfers - types of transfers -** You may access your account(s) through the browser on your cell or mobile phone at www.scucu.com, or through an available mobile device application (App), and using your user identification, password, and multifactor authentication, to:
- transfer funds from share draft to share draft
- transfer funds from share draft to share statement savings
- transfer funds from share statement savings to share draft
- transfer funds from share statement savings to share statement savings
- transfer funds from line of credit to share draft
- transfer funds from line of credit to share statement savings
- make payments from share draft to loan account(s) with us
- make payments from share draft to third parties with Bill Payment services
- make payments from share statement savings to loan account(s) with us

We reserve the right to at any time require no less than ninety days' notice in writing of the shareholder or depositor's intention to withdraw any or all of his shares.

**FEES**

- We do not charge for direct deposits to any type of account.

Except as indicated elsewhere, we do not charge for these electronic fund transfers.

**ATM Operator/Network Fees.** When you use an ATM not owned by us, you may be charged a fee by the ATM operator or any network used (and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer).

**External Funds Transfer.** We charge a fee for certain transfers initiated by you through Online Banking. Refer to our Schedule of Charges for a summary of these fees.

**DOCUMENTATION**

- **Terminal transfers.** You can get a receipt at the time you make a transfer to or from your account using an automated teller machine or point-of-sale terminal. However, you may not get a receipt if the amount of the transfer is $15 or less.
- **Preauthorized credits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 781-784-7725 to find out whether or not the deposit has been made.
- **Periodic statements.**

   You will get a monthly account statement from us for your share draft accounts.

   You will get a monthly account statement from us for your share savings accounts, unless there are no transfers in a particular month. In any case, you will get a statement at least quarterly.

**PREAUTHORIZED PAYMENTS**

- **Right to stop payment and procedure for doing so.** If you have told us in advance to make regular payments out of your account, you can stop any of these payments. Here is how:

   Call or write us at the telephone number or address listed in this disclosure in time for us to receive your request 3 business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call.

   Please refer to our separate fee schedule for the amount we will charge you for each stop-payment order you give.
- **Notice of varying amounts.** If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. (You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)
- **Liability for failure to stop payment of preauthorized transfer.** If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

**FINANCIAL INSTITUTION'S LIABILITY**

**Liability for failure to make transfers.** If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:
(1) If, through no fault of ours, you do not have enough money in your account to make the transfer.
(2) If you have an overdraft line and the transfer would go over the credit limit.
(3) If the automated teller machine where you are making the transfer does not have enough cash.
(4) If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.
(5) If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
(6) There may be other exceptions stated in our agreement with you.

**CONFIDENTIALITY**

We will disclose information to third parties about your account or the transfers you make:
(1) where it is necessary for completing transfers; or
(2) in order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant; or

(3) in order to comply with government agency or court orders; or

(4) by your written authorization which shall automatically expire 45 days after our receipt of your authorization.

## UNAUTHORIZED TRANSFERS

**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check or draft. Telephoning is the best way of keeping your possible losses down. You could lose up to $50 if someone used your card and/or code without your permission.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back the money you lost (up to $50) after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time period.

• *Additional Limits on Liability for Debit Card.* You will not be liable for any unauthorized transactions using your Debit Card if: (i) you can demonstrate that you have exercised reasonable care in safeguarding your card from the risk of loss or theft, and (ii) upon becoming aware of a loss or theft, you promptly report the loss or theft to us. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed in this disclosure. You should also call the number or write to the address listed in this disclosure if you believe a transfer has been made using the information from your check or draft without your permission.

## ERROR RESOLUTION NOTICE

In Case of Errors or Questions About Your Electronic Transfers, Call or Write us at the telephone number or address listed in this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

SHARON & CRESCENT UNITED CREDIT UNION
ATTN: E-SERVICES
30 POND STREET
SHARON, MASSACHUSETTS 02067
Business Days: Monday through Friday
Excluding Federal Holidays
Phone: 781-784-7725
MORE DETAILED INFORMATION IS AVAILABLE ON REQUEST

———————————————————

## YOUR ABILITY TO WITHDRAW FUNDS

This policy statement applies to all accounts.

Our policy is to make funds from your check deposits available to you on the second business day after the day we receive your deposit, with the first $225 available on the first business day after the day of your deposit. Electronic direct deposits will be available on the day we receive the deposit. Cash, wire transfers, and some specified check deposits will also be available before the second business day, as detailed below. Once the funds are available, you can withdraw them in cash and we will use the funds to pay checks that you have written.

Please remember that even after we have made funds available to you, and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays. If you make a deposit before closing on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after closing or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

If you make a deposit at an ATM before 3:00 P.M. on a business day that we are open, we will consider that day to be the day of your deposit. However, if you make a deposit at an ATM after 3:00 P.M. or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

**Same-Day Availability**

Funds from the following deposits to your account will be available on the day we receive the deposit.

Cash.

Electronic direct deposits.

Checks drawn on Sharon & Crescent United Credit Union.

U.S. Treasury checks that are payable to you.

State and local government checks that are payable to you.

**Next-Day Availability**

Funds from the following deposits are available on the first business day after the day of your deposit:

Wire transfers.

Cashier's, certified, and teller's checks that are payable to you.

Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders, if these items are payable to you.

If you do not make your deposit in person to one of our employees (for example, if you mail the deposit), funds from these deposits will be available on the second business day after the day we receive your deposit.

**Other Check Deposits Subject to Second-Day Availability**

The first $225 from a deposit of other checks will be available on the first business day after the day of your deposit. The remaining funds will be available on the second business day after the day of your deposit.

For example, if you deposit a check of $700 on a Monday, $225 of the deposit is available on Tuesday. The remaining $475 is available on Wednesday.

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

### LONGER DELAYS MAY APPLY

Funds you deposit by check may be delayed for a longer period under the following circumstances:

We believe a check you deposit will not be paid.

You deposit checks totaling more than $5,525 on any one day.

You redeposit a check that has been returned unpaid.

You have overdrawn your account repeatedly in the last six months.

There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh business day after the day of your deposit.

### SPECIAL RULES FOR NEW ACCOUNTS

If you are a new member, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,525 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,525 will not be available until the second business day after the day of your deposit.

Funds from all other check deposits will be available on the ninth business day after the day of your deposit.

### DEPOSITS AT AUTOMATED TELLER MACHINES

Funds from any deposits (cash or checks) made at automated teller machines (ATMs) we own or operate will be available in accordance with our published schedule, except that immediate availability items will be deferred to the next business day.

---

## OVERDRAFT PRIVILEGE SERVICE

Sharon & Crescent Credit Union ("we, us or our") offers the Overdraft Privilege Service (OPS). If your account qualifies for OPS, we will consider, without obligation on our part, paying certain items for which your account has insufficient or unavailable funds, instead of automatically returning those items unpaid. This document explains how OPS operates.

**Transactions That May Result in an Overdraft -** An overdraft occurs when you do not have enough money in your account to cover a transaction. Although there are many reasons why your account might become overdrawn, most overdrafts result from the following:

a. You write a check, use your debit card or initiate an electronic funds transfer in an amount that exceeds the amount of funds available in your account;

b. You deposit a check or other item into your account which is returned unpaid, and the amount is deducted from your account balance;

c. You have inadequate funds in your account when we assess a fee or service charge; or

d. You initiate a transaction before funds deposited into your account are "available" or "finally paid" according to our Funds Availability Policy. For example, if you deposit a check into your account, the proceeds of that check may not be available to you for up to several days after you deposit the check. If you do not have sufficient funds in your account — independent of the check — to cover the transaction, you will incur an overdraft.

**Transactions That Are Covered by the OPS Program:** The general OPS program applies to only certain types of transactions, including checks, other transactions made using your checking account number, automatic bill payments, and preauthorized, recurring transactions made with your debit card. ***The OPS program does not automatically include ATM transactions and everyday (one-time) debit card transactions.*** We will not include ATM and everyday debit card transactions within our OPS program without first receiving your affirmative consent to do so. Absent your affirmative consent, ATM and everyday debit card transactions generally will not be paid.

<u>Participation in OPS is not mandatory. When your account meets the eligibility requirements listed below, OPS will be made available to your account. You may opt-out of the service any time by notifying one of our Member Service Representatives. Furthermore, you may revoke your previous affirmative consent to have ATM and everyday debit card transactions considered for payment under OPS without removing other items from the service. Simply inform us of your preference.</u>

As noted above, we retain full discretion to decline to pay any item under the OPS program. This means we can refuse to pay any overdraft for any reason. Even if we decide to pay an overdraft item, absent an agreement to the contrary, such payment does not create any duty to pay future overdrafts. If we do not authorize and pay an overdraft under the OPS program, your transaction will be declined and we may assess non-sufficient funds (NSF) fees on your account in accordance with your account agreement and the fee schedule in effect at the time of the overdraft. We post transactions, whether deposits or withdrawals (payments as described above) against your account balance in the order in which they are received by us, without regard to the type or amount of the transaction.

**Fees:** For each item we pay under OPS that results in an overdraft, we will charge the standard per item Overdraft Fee set forth in our Service Charge Schedule. However, absent your affirmative consent to do so, if we inadvertently pay an ATM or everyday debit card transaction, causing an overdraft, we will not charge a fee. We will not charge for more than five items in any one day, and an insufficient funds fee will not be assessed on items less than $5.01. We will notify you by mail if we pay or return any insufficient or unavailable funds items on your account; however, we have no obligation to notify you before we pay or return any item. The amount of any overdrafts, including our fees, are due and payable immediately or on demand.

**Accounts eligible for OPS:** Checking accounts owned by natural persons age 18 or older and by businesses are generally eligible for OPS. OPS is a discretionary program and is generally limited to an $800 overdraft (negative) balance for eligible accounts. Please note that per item overdraft fees count toward your OPS limit. We may, in our sole discretion, limit the number of accounts eligible for OPS to one account per household or per taxpayer identification number. Further, OPS is usually extended only to accounts in good standing. An account in good standing exhibits, but is not limited to, the following characteristics:

a. The account has been open for at least thirty (30) days;

b. The account has deposits totaling at least $400 or more within each thirty (30) day period;

c. The account demonstrates consistent deposit activity;

d. The account owner is current on all loan obligations with us; and

e. The account is not subject to any legal or administrative order or levy, such as bankruptcy or tax lien.

f. Overdrafts are repaid promptly following each occurrence.

**Other Forms of Overdraft:** We offer other overdraft protection services in addition to OPS. **OPS is not a Line of Credit.** We do offer an <u>Overdraft Line of Credit</u> linked to your checking account and <u>Overdraft Transfer</u> linked from a savings account of yours with us to your checking account. (Overdraft Transfers from your savings account are limited under other terms of your account agreement.) If you apply and are approved for either one or both these optional services, you may save money on the total fees you pay us for overdraft protection services. Overdrafts should not be used to pay ordinary or routine expenses and you should not rely on overdrafts as a means to cover these expenses. If, at any time, you feel you need help with your financial obligations, please contact a Member Service Representative at 781-784-7725.

---

## SUBSTITUTE CHECKS AND YOUR RIGHTS

As our member we think it's important for you to know about substitute checks. The following Substitute Check Disclosure provides information about substitute checks and your rights.

**What is a substitute check?**

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 8/1/2019  8d  Custom TCM-23CUx,2bn,3r,4t  202049996-010

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at:

Sharon & Crescent United Credit Union

30 Pond Street

Sharon, MA 02067

You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include —
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check or the following information to help us identify the substitute check: the check number, the amount of the check, the date of the check, and the name of the person to whom you wrote the check.

———————————————————

# TRUTH-IN-SAVINGS DISCLOSURE

### SHARE SAVINGS ACCOUNT

**Rate Information:**

The dividend rate and annual percentage yield may change at any time, as determined by credit union management.

**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.

**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.

**Minimum balance requirements:**

The minimum balance required to open this account is $5.00.

You must maintain a minimum daily balance of $5.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

### MYHOLIDAY SAVINGS CLUB ACCOUNT

**Rate Information:**

The dividend rate and annual percentage yield may change at any time, as determined by credit union management.

**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.

**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.

**Minimum balance requirements:**

The minimum balance required to open this account is $1.00.

You must maintain a minimum daily balance of $1.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**Transaction limitations:**

For MyHoliday Savings Club account you may not make any withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or by check, draft, or similar order to a third party.

If any withdrawal is made from this account before the end of the Club term, then this account may be closed.

### MYVACATION SAVINGS CLUB ACCOUNT

**Rate Information:**

The dividend rate and annual percentage yield may change at any time, as determined by credit union management.

**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.

**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.

**Minimum balance requirements:**

The minimum balance required to open this account is $1.00.

You must maintain a minimum daily balance of $1.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**Transaction limitations:**

For MyVacation Savings Club account you may not make any withdrawals or transfers to another credit union account of yours or to a third party by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or by check, draft, or similar order to a third party.

If any withdrawal is made from this account before the end of the Club term, then this account may be closed.

**SCU DIRECT SHARE SAVINGS ACCOUNT**

**Rate Information:**
The dividend rate and annual percentage yield may change at any time, as determined by credit union management.
**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.
**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.
**Minimum balance requirements:**
The minimum balance required to open this account is $10.00.
You must maintain a minimum daily balance of $10.00 in your account each day to obtain the disclosed annual percentage yield.
**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.
**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.
**Qualifications for this account:**
In addition to meeting the basic credit union membership requirements, to qualify for this account and earn the advertised dividend rate and APY, you must open and maintain a checking account. Checking accounts are fully disclosed in our Important Account Information disclosure. If you do not open or maintain a qualifying checking account, you are not eligible for this account. In addition to a qualifying checking account, you must also establish and maintain a preauthorized periodic transfer from your qualified checking account to this account as described below under Transaction limitations. If, for any reason, a preauthorized transfer cannot be completed on two consecutive transfer dates, you may be considered ineligible for this account. In this event, the balance in the account will be transferred to your qualifying checking account and this account will be closed.
**Transaction limitations:**
Your maximum initial deposit to this account is $1,000.00. Subsequent deposits to this account may be made only by means of a preauthorized weekly or monthly transfer from your qualifying checking account. This preauthorized transfer must be established in writing on our approved form and must be a permanent order. The established transfer limits must meet the requirement of not less than $10.00 and not more than $1,000.00 per transfer. The transfer amount may be changed from time to time in accordance with the preceding guidelines. Withdrawals from this account may be made by you at any time and in any amount subject to the limitations* cited below. *Withdrawals from this account at an ATM are not permitted. Preauthorized withdrawals initiated to or by third parties from this account are not permitted. Preauthorized withdrawals from this account to cover non-sufficient funds in a credit union checking account are not permitted. Preauthorized withdrawals from this account to pay a loan at the credit union are not permitted. Other withdrawals from this account not initiated in person to a credit union employee, for example through Online Banking are subject to regulatory limitations.
**Account limitations:**
Availability of this account is limited to one account per individual member. The credit union will, however, permit a parent(s) to establish a joint or custodial SCU Direct account for each of their minor children to be funded from a single checking account. This account is not available under Individual Retirement Account (IRA), Business or Trust ownership.

**MYMONEY MARKET ACCOUNT**

**Rate Information:**
The dividend rate and annual percentage yield may change at any time, as determined by credit union management. See separate Rate Sheet for tiered balances and rates.
**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.
**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.
**Minimum balance requirements:**
The minimum balance required to open this account is $5.00.
You must maintain a minimum daily balance of $5.00 in your account each day to obtain the disclosed annual percentage yield.
**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.
**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**MYPREMIUM MONEY MARKET ACCOUNT**

**Rate Information:**
The dividend rate and annual percentage yield may change at any time, as determined by credit union management. See separate Rate Sheet for tiered balances and rates.
**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.
**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.
**Minimum balance requirements:**
The minimum balance required to open this account is $50,000.00.
You must maintain a minimum daily balance of $50,000.00 in your account each day to obtain the disclosed annual percentage yield.
**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.
**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**MYFREE CHECKING ACCOUNT**

**Minimum balance requirements:**
The minimum balance required to open this account is $5.00.
**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.

**MYGREEN CHECKING ACCOUNT**

**Minimum balance requirements:**
The minimum balance required to open this account is $5.00.
**Transaction limitations:**
No transaction limitations apply to this account unless otherwise stated in the Common Features section.
**Fees and charges:**
A check written fee of $1.00 will be charged for each check written and posted.

**MYINTEREST CHECKING ACCOUNT**

**Rate Information:**
The dividend rate and annual percentage yield may change at any time, as determined by credit union management. See separate Rate Sheet for tiered balances and rates.
**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.
**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.
**Minimum balance requirements:**
The minimum balance required to open this account is $5.00.

You must maintain a minimum daily balance of $500.00 in your account to avoid a monthly service charge fee. If, during any month, your account balance falls below the required minimum daily balance, your account will be subject to a monthly service charge fee of $5.00 for that month.

You must maintain a minimum daily balance of $500.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**Transaction limitations:**

No transaction limitations apply to this account unless otherwise stated in the Common Features section.

## MYRELATIONSHIP CHECKING ACCOUNT

**Rate Information:**

The dividend rate and annual percentage yield may change at any time, as determined by credit union management. See separate Rate Sheet for tiered balances and rates.

**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.

**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.

**Minimum balance requirements:**

The minimum balance required to open this account is $5.00.

You must maintain a minimum daily combined deposit and loan balance of $10,000. If, during any month, your account balance falls below the required minimum daily combined balance, your account will be subject to a monthly service charge fee of $10.00 for that month.

You must maintain a minimum daily balance of $5.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**Transaction limitations:**

No transaction limitations apply to this account unless otherwise stated in the Common Features section.

**Additional features -**

- Basic check order free.
- Free Money Orders and Bank Checks.
- Discount of $20.00 off an annual Safe Deposit Box fee. (Must set up for automatic payment of Safe Deposit Box fee).
- Bonus CD 0.25% APY rate (other than "specials") on new CDs and renewing CDs.
- $250.00 off on the Credit Union's Mortgage Closing Costs.

## IRA SHARE ACCOUNT

**Rate Information:**

The dividend rate and annual percentage yield may change at any time, as determined by credit union management.

**Compounding and crediting -** Dividends will be compounded every day. Dividends will be credited to your account every month.

**Dividend period -** For this account type, the dividend period is monthly, for example, the beginning date of the first dividend period of the calendar year is January 1, and the ending date of such dividend period is January 31. All other dividend periods follow this same pattern of dates. The dividend declaration date is the last day of the dividend period, and for the example above is January 31.

**Minimum balance requirements:**

The minimum balance required to open this account is $5.00.

You must maintain a minimum daily balance of $5.00 in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**Transaction limitations:**

For IRA Share account you may not make any withdrawals or transfers to another credit union account of yours by means of a preauthorized, automatic, or computer transfer, telephonic order or instruction, or by check, draft, or similar order to a third party.

## TERM SHARE CERTIFICATE

**Rate Information -** The dividend rate and annual percentage yield for your account are disclosed on the rate sheet. You will be paid this rate until first maturity. For the 36-month Stepped-Rate account only, the dividend rate and annual percentage yield (APY) for your account will be adjusted annually on the anniversary date of the opening of the account. The initial dividend rate and APY, and the dividend rate and APY for each successive one-year period are fixed for their respective periods and are disclosed on the Rate Sheet.

**Compounding frequency -** Unless otherwise paid, dividends will be compounded every month.

**Crediting frequency -** Dividends will be credited to your account every month. Alternatively, you may choose to have dividends paid to you or to another account every month rather than credited to this account.

**Dividend period -** For this account type, the dividend period is monthly.

**Minimum balance requirements:**

The minimum balance required to open this account is $500.00 ($250.00 if this is an IRA Term Share Certificate excluding 36-Month Stepped-Rate IRA).

You must maintain a minimum daily balance of $500.00 ($250.00 if this is an IRA Term Share Certificate excluding 36-Month Stepped-Rate IRA) in your account each day to obtain the disclosed annual percentage yield.

**Daily balance computation method -** Dividends are calculated by the daily balance method which applies a daily periodic rate to the balance in the account each day.

**Accrual of dividends on noncash deposits -** Dividends will begin to accrue on the business day you place noncash items (for example, checks) to your account.

**Transaction limitations:**

The minimum amount you can deposit is $500.00 ($250.00 if this is an IRA Term Share Certificate excluding 36-Month Stepped-Rate IRA).

For 36-Month Stepped-Rate accounts only, you may make an additional deposit to this account annually, during a seven day period beginning on and following the annual dividend rate adjustment date. Such additional annual deposit must be at least $500.00 but may not exceed the amount of your initial account opening deposit.

You may make withdrawals of principal from your account before maturity. You may not make a partial withdrawal that will bring the daily balance below the minimum daily balance required to open the account. Principal withdrawn before maturity is included in the amount subject to early withdrawal penalty.

You can only withdraw dividends credited in the term before maturity of that term without penalty. You can withdraw dividends anytime during the term of crediting after they are credited to your account.

**Early withdrawal penalties** (a penalty may be imposed for withdrawals before maturity) -

- If your account has an original maturity of three months or less:
    The penalty we may impose will equal one month dividends on the amount withdrawn subject to penalty.
- If your account has an original maturity of more than three months to 12 months:
    The penalty we may impose will equal three months dividends on the amount withdrawn subject to penalty.
- If your account has an original maturity of more than 12 months:
    The penalty we may impose will equal six months dividends on the amount withdrawn subject to penalty.

In certain circumstances such as the death or incompetence of an owner of this account, the law permits, or in some cases requires, the waiver of the early withdrawal penalty. Other exceptions may also apply, for example, if this is part of an IRA or other tax-deferred savings plan.

**Withdrawal of dividends prior to maturity -** The annual percentage yield is based on an assumption that dividends will remain in the account until maturity. A withdrawal will reduce earnings.

**Automatically renewable account -** Unless otherwise disclosed this account will automatically renew at maturity. You may prevent renewal if you withdraw the funds in the account at maturity (or within the grace period mentioned below, if any) or we receive written notice from you within the grace period mentioned below, if any. If you prevent renewal, dividends will not accrue after final maturity.

For the 36-Month Stepped Rate Certificate accounts only, this account will automatically renew at maturity to a 36-Month, Fixed Rate Certificate at the dividend rate being offered on a new account of that type on the maturity date.

For a 7-Month Fixed Rate Certificate accounts only, this account will automatically renew at maturity to a 9-Month, Fixed Rate Certificate account at the dividend rate being offered on a new account of that type on the maturity date.

For a 15-Month Fixed Rate Certificate accounts only, this account will automatically renew at maturity to a 18-Month, Fixed Rate Certificate account at the dividend rate being offered on a new account of that type on the maturity date.

For a 30-Month Fixed Rate Certificate accounts only, this account will automatically renew at maturity to a 36-Month, Fixed Rate Certificate account at the dividend rate being offered on a new account of that type on the maturity date.

For a 91-Day Fixed Rate IRA Certificate account only, this account will automatically renew at maturity to a 9 Month, Fixed Rate IRA Certificate account at the dividend being offered on a new account of that type on the maturity date.

For a 6-Month Fixed Rate IRA Certificate account only, this account will automatically renew at maturity to a 9 Month, Fixed Rate IRA Certificate account at the dividend being offered on a new account of that type on the maturity date.

For a 42-Month Fixed Rate IRA Certificate account only, this account will automatically renew at maturity to a 48 Month, Fixed Rate IRA Certificate account at the dividend being offered on a new account of that type on the maturity date.

For a 59-Month Fixed Rate Certificate accounts only, the account will automatically renew at maturity to a 60-Month, Fixed Rate Certificate account at the dividend rate being offered on a new account of that type on the maturity date.

You will have a grace period of seven calendar days after maturity to withdraw the funds without being charged an early withdrawal penalty.

## COMMON FEATURES

**Bylaw requirements:**
If you do not maintain a balance of $5.00 in your Share Savings account, you may be terminated from membership at the end of the dividend period in which the time elapses.

**Transaction limitation -** We reserve the right to at any time require not less than seven days notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D.

**Nature of dividends -** Dividends are paid from current income and available earnings, after required transfers to reserves at the end of a dividend period. (This disclosure further explains the dividend feature of your non-term share account(s).)

**National Credit Union Share Insurance Fund -** Member accounts in this credit union are federally insured by the National Credit Union Share Insurance Fund.

Please refer to our separate rate sheet for current dividend rate and annual percentage yield information.

———————————————

## SCHEDULE OF FEES
**(Effective 8/10/2020)**

**Checking Accounts:**

| | |
|---|---|
| MyFree Checking | FREE |
| MyGreen Checking (per check written) | $1.00 |
| MyInterest Checking (service charge if balance falls below $500.00) | $5.00 per month |
| MyRelationship Checking (If combined loan and deposit balances fall below $10,000) | $10.00 per month |
| Paper Statement (if eStatement is available) | $5.00 per month |
| Check printing (based on style or design - shipping charged for all orders paid by member) | varies |
| Non-Sufficient Funds (NSF) returned item | $35.00 |
| Overdraft Privilege Service (OPS) paid item | $35.00 |

*Fee applies to overdrafts created by check, in-person withdrawal, ATM withdrawal or other electronic means. No overdraft fee for transactions less than $5.01. Fees capped at five per business day.*

| | |
|---|---|
| Stop payment | $30.00 |
| Preauthorized overdraft transfers from Share to Checking (two free per month) | $5.00 |

*Monthly transfer limits apply: See Truth-in-Savings disclosure*

**On-Line Banking/Bill Payer:**

| | |
|---|---|
| Online Banking | FREE |
| Bill Payer | FREE |
| VIP (Remote Deposit Capture) | FREE |
| Stop payment on a Bill Payer check | $25.00 |
| Copy of a Bill Payer Check | $5.00 |
| Expedited Bill Payment: | |
|    Electronic | $10.00 |
|    Check | $25.00 |

**Debit Mastercard and ATM Card:**
**No fee imposed by SCU Credit Union for ATM transactions at SCU Credit Union or non-SCU Credit Union ATMS. When using an ATM not owned by SCU Credit Union, you may be charged a surcharge fee by the ATM Owner or network. The ATM owner or network fees are not imposed when you see a participating SUM® or CO-OP® Network ATM.**

| | |
|---|---|
| Debit Card POS transactions at any U.S. location | FREE |
| Mastercard® Cross-Border Fee (pass through from Mastercard®) | % of transaction |
| Replacement card: | |
|    Lost/stolen | $15.00 |

**Safe Deposit Boxes/Storage Lockers:**       **Annual Fee**

| | |
|---|---|
| 3 X 5 | $50.00 |
| 5 X 5 | $65.00 |
| 3 X 10 | $75.00 |
| 5 X 10 | $110.00 |
| 10 X 10 | $175.00 |

| | |
|---|---|
| 18 X 15 | $200.00 |
| 24 X 19 | $250.00 |
| Safe Deposit Box Late payment fee | $15.00 |
| Safe Deposit Box Lost key | $50.00 |
| Safe Deposit Box Drilling fee | $250.00 |

**Mortgage Fees:**

| | |
|---|---|
| Preparation of Confirmatory Discharge | $125.00 |
| Preparation of Subordination Agreement | $125.00 |
| Partial release fee | $125.00 plus appraisal fee |
| Lien release letter | $10.00 |
| Written payoff request | $25.00 (one free every 6 months) |
| Loan modification | Varies |

**Miscellaneous Charges:**

| | |
|---|---|
| Returned deposited item | $7.50 |
| Wire transfers: | |
|     Incoming | $10.00 |
|       Outgoing domestic | $25.00 |
|       Outgoing international | $50.00 |
| Foreign item collection (pass through from collecting agency) | Varies |
| Account research (one hour minimum) | $30.00 per hour |
| Duplicate statement | $6.00 |
| IRA Outgoing Trustee Transfer Fee | $40.00 |
| Self-service coin processing: | |
|     Members | FREE |
|     Non-members | 10% of total |
| Abandoned Property Account | $50.00 |
| Abandoned Property Negotiable Instrument | $1.00 |
| Processing of levy, garnishment or other legal services | $100.00 each |
| Money Market Regulation D Excess Transaction Fee | $10.00 |
| Official check and money order (one of either FREE per day) | $3.00 each |
| Bad Address Fee (per account) | $5.00 |
| Lost passbook | $15.00 |
| Account Verification | $10.00 |





Your savings federally insured to at least $250,000
and backed by the full faith and credit of the United States Government

**NCUA**

National Credit Union Administration, a U.S. Government Agency

© 2019 Wolters Kluwer Financial Services, Inc. All rights reserved.
AIB-TIS-CU 8/1/2019  8d  Custom TCM-23CUx,2bn,3r,4t  202049996-010