# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>Defendant. | Civil Acton No. |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE MEMORANDUM IN EXCESS OF DEFAULT PAGE LIMIT

Plaintiff hereby moves the Court for an order granting them an extension of the page limit specified in Local Rule 7.1(b)(4) for Plaintiff's Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of the Class for Settlement Purposes. Plaintiff seeks leave to file a memorandum of points and authorities not to exceed 26 substantive pages in length. Defendant does not oppose this motion.

The motion is also based upon the accompanying (1) Notice of Unopposed Motion for Preliminary Approval of Class Action Settlement (2) Memorandum of Points and Authorities in Support Thereof; (3) Declaration of Sophia Goren Gold; and (4) [Proposed] Order Granting Preliminary Approval; and on such other evidence that the Court may consider.

WHEREFORE, Plaintiff prays that this Court permit it to submit a memorandum of law not to exceed 26 pages and any other relief this Court deems just and appropriate.

Dated: November 27, 2024               Respectfully submitted,

*/s/ Ellen Rappaport Tanowitz*
Ellen Rappaport Tanowitz, BBO #630710
**TANOWITZ LAW OFFICE, P.C.**
1340 Centre Street, Suite 103
Newton, MA 02459 617-965-1130
Telephone : (617)965-1130
Email: ellen@tanowitzlaw.com

David M. Berger (*to be admitted pro hac vice*)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: dmb@classlawgroup.com

Shawn K. Judge (*to be admitted pro hac vice*)
Mark H. Troutman (*to be admitted pro hac vice*)
**GIBBS LAW GROUP LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: skj@classlawgroup.com
Email: mht@classlawgroup.com

Jeffrey Kaliel (*to be admitted pro hac vice*)
Sophia Gold (*to be admitted pro hac vice*)
**KALIEL GOLD PLLC**
1100 14th Street NW, 4th Fl.
Washington, DC 20005
Telephone: (202) 250-4783
Email: jkaliel@kalielpllc.com
Email: sgold@kalielgold.com

*Attorneys for Plaintiff and the Proposed Class*