UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>    Defendant. | Civil Action No. |

**PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Suzanne Dos Santos Pais ("Plaintiff" or "Settlement Class Representative"), individually and on behalf of the proposed Settlement Class, through her attorneys, KalielGold PLLC, Tanowitz Law Office, P.C., and Gibbs Law Group LLP, respectfully submits this Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Motion") and hereby moves for an order: (a) preliminarily approving the Settlement as fair, reasonable, and adequate; (b) certifying the Settlement Class for settlement purposes only; (c) scheduling the Final Approval Hearing; (d) approving the proposed Class Notice and authorizing its dissemination to the Settlement Class; (e) setting deadlines for the mailing of the Class Notice, opting out of or objecting to the Settlement, and filing papers in connection with the Final Approval Hearing; (f) appointing Plaintiff as Settlement Class Representative and Class Counsel as counsel for the Settlement Class; and (g) approving the appointment of the Settlement Administrator.

Defendant Sharon & Crescent United Credit Union ("Defendant") consents to this Motion.

The grounds for this Motion are set forth in the accompanying memorandum of law and a proposed order is attached hereto as Exhibit 1.

WHEREFORE, the Plaintiff Suzanne Dos Santos Pais ("Plaintiff" or "Settlement Class Representative"), individually and on behalf of the proposed Settlement Class prays that this Court to enter the following relief:

(a) preliminarily approving the Settlement as fair, reasonable, and adequate;

(b) certifying the Settlement Class for settlement purposes only;

(c) scheduling the Final Approval Hearing;

(d) approving the proposed Class Notice and authorizing its dissemination to the Settlement Class;

(e) setting deadlines for the mailing of the Class Notice, opting out of or objecting to the Settlement, and filing papers in connection with the Final Approval Hearing;

(f) appointing Plaintiff as Settlement Class Representative and Class Counsel as counsel for the Settlement Class;

(g) approving the appointment of the Settlement Administrator; and

(h) any other relief this Court deems just and appropriate.

Dated: November 27, 2024           Respectfully submitted,

*/s/ Ellen Rappaport Tanowitz*
Ellen Rappaport Tanowitz, BBO #630710
**TANOWITZ LAW OFFICE, P.C.**
1340 Centre Street, Suite 103
Newton, MA 02459 617-965-1130
Telephone : (617)965-1130
Email: ellen@tanowitzlaw.com

David M. Berger (*to be admitted pro hac vice*)
**GIBBS LAW GROUP LLP**

1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: dmb@classlawgroup.com

Shawn K. Judge (*to be admitted pro hac vice*)
Mark H. Troutman (*to be admitted pro hac vice*)
**GIBBS LAW GROUP LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: skj@classlawgroup.com
Email: mht@classlawgroup.com

Jeffrey Kaliel (*to be admitted pro hac vice*)
Sophia Gold (*to be admitted pro hac vice*)
**KALIEL GOLD PLLC**
1100 14th Street NW, 4th Fl.
Washington, DC 20005
Telephone: (202) 250-4783
Email: jkaliel@kalielpllc.com
Email: sgold@kalielgold.com

*Attorneys for Plaintiff and the Proposed Class*