UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>    Defendant. | Civil Action No. |

# DECLARATION OF SOPHIA GOREN GOLD IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Sophia Goren Gold, declare as follows:

1. I am counsel of record for Plaintiff and the proposed Classes in the above-captioned matter. I submit this declaration in support of the Unopposed Motion for Preliminary Approval of Class Action Settlement. Unless otherwise noted, I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them if called upon to do so.

2. The Parties have entered into a Settlement Agreement, the terms and conditions of which are set forth in the Parties' Settlement Agreement and Release[1] (the "Settlement Agreement") dated September 24, 2024, and which is attached hereto as Exhibit 1.

---

[1] The capitalized terms used herein are defined and have the same meaning as used in the Settlement Agreement unless otherwise stated.

1

**Class Counsel Experience and Expertise**

3. Counsel has significant experience in consumer class-action litigation involving bank-fee practices. Class Counsel is highly experienced in consumer class action litigation, as demonstrated by their firm resumes, and have brought that significant experience to bear in litigating and settling this case.

4. Class Counsel collectively have decades of experience litigating consumer class actions against financial institutions and have litigated and settled dozens of class actions involving wrongful overdraft fees, non-sufficient fund fees, and other types of wrongful fees.

**Class Counsel's Experience**

KalielGold PLLC

5. My firm has extensive class action experience. My firm has been appointed as class counsel in numerous class actions, including, but not limited to *Robinson v. First Hawaiian Bank*, No.17-1-0167-01 GWBC (1st Cir. Haw.); *Liggio v. Apple Federal Credit Union*, No. 18-cv-01059 (E.D. Va.); *Brooks et al. v. Canvas Credit Union*, No. 2019CV30516 (Dist. Ct. for Denver Cnty., Colo.); *Roberts v. Capital One*, No. 1:16-cv-04841 (S.D.N.Y.); and *Walters v. Target Corporation*, No. 3:16-CV-01678-L-MDD (S.D. Cal.); *Lambert v Navy Federal Credit Union*, No. 1:19-cv-00103 (E.D. Va.); *Perks v Activehouse d/b/a Earnin*, No. 5:19-cv-05543 (N.D. Cal.); *White v Members 1st Credit Union*, No. 1:19-cv-00556 (M.D. Pa.), and numerous actions in state courts across the country. A listing of KalielGold PLLC's leadership roles and notable cases can be found in the firm's resume, attached hereto as Exhibit 2.

Gibbs Law Group LLC

6. Gibbs Law Group LLP ("GLG") is a law firm that represents plaintiffs and injured parties in class actions, mass torts, and mass arbitrations. Over the past ten years, GLG has

recovered over $2.5 billion for its clients. GLG attorneys have been appointed to leadership positions in hundreds of class actions in state and federal courts throughout the United States and its territories. David Berger, who leads GLG's bank fee litigation practice, has litigated dozens of cases asserting claims similar to those in this matter. In addition, Mr. Berger is currently serving as court-appointed lead counsel in *In re US Fertility LLC Data Security Litigation*, No. 8-21-CV-00299-PJM (D. Md.); *In re MGM Resorts International Data Breach Litigation*, No. 2:20-cv-00376-GMN-NJK (D. Nev.); and *In re Equifax Fair Credit Reporting Act Litigation*, No. 1:22-cv-03072-LMM (N.D. Ga.), among other matters. Mr. Berger previously was a key member of the litigation teams in cases including *In re Equifax Data Breach*, No. 17-md-2800-TWT (N.D. Ga.) (the largest data breach settlement in history) and *In re Anthem, Inc. Data Breach Litigation*, No. 15-md-2617-LHK (N.D. Cal.) (the largest data breach settlement in history at the time). A listing of Gibbs Law Group's leadership roles and notable cases can be found in the firm's resume, attached hereto as Exhibit 3.

7. The amount of the Net Settlement Fund to be distributed to Settlement Class Members, representing approximately 53% of total actual damages incurred by the Settlement Classes, is an excellent recovery driven by good faith, arm's-length negotiations conducted between Counsel.

8. The Parties engaged in a sufficiently adequate amount of informal discovery to drive the Parties' settlement discussions, as well as Plaintiffs having consulted their own expert to analyze Defendant Sharon & Crescent United Credit Union's transaction data and formulate viable damages methodologies. The Parties did not discuss attorneys' fees and costs, nor any potential service awards, until they first agreed on the material terms of the Settlement, including the form

and manner of Class Notice, Settlement Class Member Settlement Payments, and the scope of the Releases.

9. Furthermore, Plaintiff, through her counsel, engaged in an independent investigation of her claims as well as potential claims of other Settlement Class Members.

10. Class Counsel are highly experienced in complex class action litigation, including consumer disputes involving banking fee claims.

11. Although Settlement Class Member objections are more properly dealt with at a final approval hearing, neither Plaintiff nor Class Counsel are aware of any competing claims made by any proposed Settlement Class Members.

12. No other proposed Settlement Class Member, to Plaintiff's knowledge, has brought another action against Defendant or has any interest in individually controlling the prosecution of separate actions.

13. As set forth above, the law firms are well equipped to vigorously, competently, and efficiently represent the proposed Settlement Classes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October 2024 at Berkeley, California.

*/s/ Sophia Goren Gold*
SOPHIA GOREN GOLD