## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>                      Defendant. | Civil Action No. 1:24-cv-12954 |

### ASSENTED TO MOTION FOR ORDER AUTHORIZING SOPHIA GOREN GOLD TO BE ADMITTED *PRO HAC VICE*

Ellen Rappaport Tanowitz ("Movant") of the law firm of Tanowitz Law Office, P.C., requests this Court to enter an order pursuant to Local Rule 83.5.3 authorizing Sophia Goren Gold of KalielGold PLLC to be admitted *pro hac vice* to appear and practice before this Court as Counsel to Plaintiff Suzanne Dos Santos Pais ("Plainitff"), in this case. In support of this Motion, Movant states as follows:

      1.      Movant is a member in good standing of the bars of the state of California and the District of Columbia. Movant is in good standing with all courts in which she is admitted and has never been the subject of a disciplinary proceeding as a practicing attorney.

      2.      Ms. Gold is not a member of the United States District Court for the District of Massachusetts. Ms. Gold is a member in good standing of the state and federal courts in California and the District of Columbia. Ms. Gold has never been the subject of a disciplinary proceeding as

a practicing attorney. Ms. Gold's Certification as required by Local Rule 83.5.3(e)(3) is attached hereto as Exhibit "A."

3. Movant requests this Court to enter an order authorizing Ms. Gold to be admitted *pro hac vice* to appear and practice before this Court as Counsel to Plaintiffs. Ellen Rappaport Tanowitz will abide by all rules of this Court unless waived with the Court's permission.

## LOCAL RULE 7.1(a) CERTIFICATION

4. On or about December 5, 2024, the undersigned conferred with counsel for Defendant Sharon & Crescent United Credit Union who assents to the relief requested herein.

WHEREFORE, Movant requests that this Court enter an Order granting Movant's Motion to admit Sophia Goren Gold *pro hac vice* and granting Movant such other and further relief as is just and equitable.

Dated: December 3, 2024      Respectfully submitted,

*/s/ Ellen Tanowitz*
Ellen Rappaport Tanowitz, BBO # 630710
Tanowitz Law Office, P.C.
1340 Centre Street, Suite 103
Newton, Massachusetts 02459
Telephone: (617) 965-1130
ellen@tanowitzlaw.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by CM/ECF on December 6, 2024.

*/s/ Ellen Rappaport Tanowitz*
Ellen Rappaport Tanowitz, BBO # 630710