# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>                Defendant. | Civil Action No. 1:24-cv-12954 |

## CERTIFICATION OF SOPHIA GOREN GOLD

I, Sophia Goren Gold, being first duly sworn under oath, hereby swear and testify:

1. I am admitted to practice in the following courts: California, District of Columbia; United States District Court for the Southern District of California, Central District of California, Eastern District of California, and Northern District of California; United States District Court for the District of Columbia; United States District Court for the District of Colorado; United States District Court for the Eastern District of Arkansas and Western District of Arkansas; United States District Court for the Eastern District of Michigan and Western District of Michigan; United States District Court for the Northern District of New York; United States District Court for the Western District of Tennessee; United States District Court for the Central District of Illinois; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Tenth Circuit; and United States Court of Appeals for the Fourth District.

2. I am in good standing and eligible to practice in each of the Courts listed.

3. I am not currently suspended or disbarred in any jurisdiction.

4. There are no pending disciplinary matters in which I am involved.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

      I declare under penalty of perjury that the foregoing is true and accurate. Further affiant sayeth not.

                                        */s/ Sophia Goren Gold*
                                        Sophia Goren Gold