# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>Defendant. | Docket No. 1:24-cv-12954 |

## UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

Plaintiff Suzanne Dos Santos Pais ("Plaintiff"), by and through her counsel of record, moves to stay all deadlines and proceedings in the above-captioned matter (with the exception of those related to effectuation of the settlement) pending final approval of the settlement. As ground for the motion, Plaintiff states as follows:

1. On December 7, 2022, Plaintiff filed a Class Action Complaint in Suffolk County Superior Court.

2. On March 13, 2023, Plaintiff filed a First Amended Class Action Complaint in Suffolk County Superior Court based on the same allegations Plaintiff asserts in this action.

3. After mediating the case, the parties entered into an agreement for a class wide settlement.

1

4. On or about December 6, 2024, as part of the settlement process, the parties will file a stipulation of dismissal in Suffolk County Superior Court and refiled the action in this Court.

5. Plaintiff filed her unopposed motion for preliminary approval of the class settlement on November 27, 2024.

6. Defendant has not been served with the Complaint.

7. Given the parties' settlement agreement, good cause exists to grant this unopposed motion to stay all deadlines and proceedings in the above-captioned matter, with the exception of deadlines and proceedings to effectuate the settlement, pending final approval of the settlement.

8. Defendant does not oppose the relief requested in this Motion.

9. A proposed Order is attached hereto as Exhibit A.

Dated: December 6, 2024                    Respectfully submitted,

*/s/ Ellen Rappaport Tanowitz*
Ellen Rappaport Tanowitz, BBO #630710
**TANOWITZ LAW OFFICE, P.C.**
1340 Centre Street, Suite 103
Newton, MA 02459 617-965-1130
Telephone : (617)965-1130
Email: ellen@tanowitzlaw.com

David M. Berger (*to be admitted pro hac vice*)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701

2

Email: dmb@classlawgroup.com

Shawn K. Judge (*to be admitted pro hac vice*)
Mark H. Troutman (*to be admitted pro hac vice*)
**GIBBS LAW GROUP LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: skj@classlawgroup.com
Email: mht@classlawgroup.com

Jeffrey Kaliel (*to be admitted pro hac vice*)
Sophia Gold (*to be admitted pro hac vice*)
**KALIEL GOLD PLLC**
1100 14th Street NW, 4th Fl.
Washington, DC 20005
Telephone: (202) 250-4783
Email: jkaliel@kalielpllc.com
Email: sgold@kalielgold.com

*Attorneys for Plaintiff and the Proposed Class*

**Exhibit A**

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Stay Proceedings Pending Settlement ("Motion"), and for good cause shown, the Motion is hereby **GRANTED**.

All proceedings and deadlines in this matter are hereby stayed pending final approval of the settlement, except that proceedings and deadlines to effectuate the settlement shall not be stayed.

**SO ORDERED**

------------------------------------

United States District Judge