UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE DOS SANTOS PAIS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>SHARON & CRESCENT UNITED CREDIT UNION,<br><br>　　　　Defendant. | Case No.   1:24-cv-12954-GAO |

**PLAINTIFF'S UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Suzanne Dos Santos Pais ("Plaintiff" or "Settlement Class Representative"), individually and on behalf of the proposed Settlement Classes, through her attorneys, KalielGold PLLC, Tanowitz Law Office, P.C., and Gibbs Mura LLP, respectfully submits this Unopposed Motion for Final Approval of Class Action Settlement (the "Motion"). Defendant Sharon & Crescent United Credit Union ("Defendant") does not oppose the relief sought in this Motion.

The grounds for this Motion are set forth in the accompanying memorandum of law.

Dated: August 4, 2025                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ellen Rappaport Tanowitz*
　　　　　　　　　　　　　　　　　　　　　　Ellen Rappaport Tanowitz, BBO #630710
　　　　　　　　　　　　　　　　　　　　　　**TANOWITZ LAW OFFICE, P.C.**
　　　　　　　　　　　　　　　　　　　　　　1340 Centre Street, Suite 103
　　　　　　　　　　　　　　　　　　　　　　Newton, MA 02459 617-965-1130
　　　　　　　　　　　　　　　　　　　　　　Telephone : (617)965-1130
　　　　　　　　　　　　　　　　　　　　　　Email: ellen@tanowitzlaw.com

1

David M. Berger (*to be admitted pro hac vice*)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: dmb@classlawgroup.com

Shawn K. Judge (*to be admitted pro hac vice*)
Mark H. Troutman (*admitted pro hac vice*)
**GIBBS MURA LLP**
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Telephone: (510) 350-9700
Fax: (510) 350-9701
Email: skj@classlawgroup.com
Email: mht@classlawgroup.com

Jeffrey Kaliel (*to be admitted pro hac vice*)
Sophia Gold (*to be admitted pro hac vice*)
**KALIEL GOLD PLLC**
1100 14th Street NW, 4th Fl.
Washington, DC 20005
Telephone: (202) 250-4783
Email: jkaliel@kalielpllc.com
Email: sgold@kalielgold.com

*Attorneys for Plaintiff and the Settlement Classes*

**Certificate of Service**

    I, Ellen Rappaport Tanowitz, certify that on this 4th day of August, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                    */s/ Ellen Rappaport Tanowitz*
                                                    Ellen Rappaport Tanowitz